**No. 45685.**—Protest 910–K of Julius Franck (New York).

Opinion by WALKER, J. It was stipulated that the lift vans in question are similar to those the subject of Abstract 43642. The claim for free entry was therefore sustained.